﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/21 Archive Date: 03/31/21

DOCKET NO. 200403-75754
DATE: March 31, 2021

REMANDED

Entitlement to an initial disability evaluation in excess of 50 percent for generalized anxiety disorder is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the U.S. Army from October 1994 to November 1994. 

This appeal under the Appeals Modernization Act (AMA) is before the Board of Veterans’ Appeals (Board) from a February 2020 rating decision issued by the Department of Veterans Affairs (VA) Regional Office (RO). In the April 2020 VA Form 10182, Decision Review Request: Board Appeal, the Veteran selected the Direct Review docket. 

Under the AMA, when a claimant seeks appellate review through the Board’s Direct Review docket, the Board only may consider the evidence of record at the time of the AOJ decision on appeal. 38 C.F.R. § 20.301.  By so choosing, the Veteran has opted for a closed record, and the Board may consider only evidence of record at the time of the February 2020 rating decision. 

However, under the AMA, remand is permissible to correct pre-decisional duty to assist errors. 39 C.F.R. § 20.802. In this case, the following duty to assist error was evident before the rating decision on appeal, therefore a remand is required. 

A March 2019 rating decision implemented the Board’s decision and awarded service connection for generalized anxiety disorder (previously considered as anxiety/depression) with an evaluation of 50 percent effective November 26, 2012. The Veteran filed a request for higher-level review in September 2019, which was then denied in the February 2020 rating decision on appeal. Therefore, the initial rating back to 2012 is the subject of this appeal based on continuous pursuit. 38 U.S.C. 5110(a)(2)(A). Despite that, the Veteran was never afforded a VA examination at any time throughout the pendency of her claim. The most recent evidence relied upon by the RO to rate the disability was from March 2017. The duty to assist requires a VA examination be conducted so all findings relevant to rating her disability are obtained; furthermore, the medical evidence the RO relied on is outdated and VA’s duty to assist requires providing an examination in such a circumstance when the Veteran is requesting a higher rating. 

The matters are REMANDED for the following action:

Schedule the Veteran for an examination to determine the severity of her service-connected generalized anxiety disorder. 

 

MICHELLE L. KANE

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Parker N. Reynolds, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.